**No. 11-213. Sunny O. Ekokotu, Petitioner v. Federal Express Corporation.**

565 U.S. 944, 132 S. Ct. 420, 181 L. Ed. 2d 260, 2011 U.S. LEXIS 7433.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 331.